IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 26-20214-JAD |
| Nicole T. Clark | ) | Chapter 13 |
|    Debtor | ) | Doc No. ___ |
| Nicole T. Clark | ) | |
|    Movant | ) | |
|    v. | ) | Related to Doc. #11 |
|    No Respondent | ) | |

ORDER OF COURT

AND NOW, this ____2nd____ day of __February__, 2026 it is ORDERED that the debtor shall have until the **February 19, 2026** to file their Attorney Disclosure Statement, Employee Income Records, Current Employee Income Record, Statement of Current Monthly Income FR 22A, Schedule A-J, Statement of Financial Affairs, Summary of Schedules.

By the Court:

_/s/ Jeffery A. Deller_ sjk

Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
2/2/26 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-20214-JAD |
| Nicole T. Clark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

**Recip ID        Recipient Name and Address**
db              + Nicole T. Clark, 3009 Sir Charles Drive, Mc Donald, PA 15057-4840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2026            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:

**Name                              Email Address**

Bryan P. Keenan
                    on behalf of Debtor Nicole T. Clark keenan662@gmail.com
                    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lisa M. Burkhart
                    on behalf of Creditor Windsor Woods Master Association attylisaburkhart@gmail.com  fjug@bmr-law.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

District/off: 0315-2                           User: auto                                   Page 2 of 2
Date Rcvd: Feb 02, 2026                        Form ID: pdf900                              Total Noticed: 1
TOTAL: 5