## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Nicole T. Clark                                         CHAPTER 13

                Debtor(s)

                BKY. NO. 26-20214 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

      Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
04 Feb 2026, 18:18:19, EST

Denise Carlon, Esq. (317226)    ☑
Matthew Fissel, Esq. (314567)    ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com