**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 26-20214-JAD** |
| **Nicole T. Clark** | ) | **Chapter 13** |
|     **Debtor** | ) | **Document No.** |
| **Nicole T. Clark** | ) | |
|     **Movant** | ) | |
| **v.** | ) | |
|     **No Respondent** | ) | |

## **VERIFIED STATEMENT**

**I, Nicole T. Clark, hereby affirm and attest that prior to the filing of my case the only income that I received was from non-taxable SSI benefits in the combined amount of $2,982.00 per month for my children. Additionally, I receive food stamps in the amount of $1,800.00 per month.**

**Effective January 2026 I shall receiving child support in the amount of $1,588.00 per month. Additionally, I have returned to work and shall be grossing on or around $3,293.33 per month.**

**I certify under the penalty of perjury that the above is true and correct.**

                                            **Signature(s)**

**Date: February 18, 2026**           **/s/ Nicole T. Clark**
                                        **Nicole T. Clark       (Debtor)**