**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nicole T. Clark <br>　　　　　　　Debtor(s) <br><br> MIDFIRST BANK, its successors and/or assigns <br>　　　　　　　Movant <br>　　　　v. <br> Nicole T. Clark <br>　　　　　　　Respondent <br>　　　　and <br> Ronda J. Winnecour, Trustee <br>　　　　　Additional Respondent | BK. NO. 26-20214 JAD <br><br> CHAPTER 13 <br><br> MOTION NO. <br> FILED UNDER LOCAL BANKRUPTCY <br> RULE 9013.4 SECTION 6 |

### MOTION OF MIDFIRST BANK, ITS SUCCESSORS AND/OR ASSIGNS
### FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER SECTION 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

Movant, by its Attorney, KML Law Group, P.C., hereby requests a termination of the Automatic Stay and leave to foreclose on its mortgage on real property owned by Debtor(s).

1.　　　　Movant is MIDFIRST BANK, its successors and/or assigns.

2.　　　　Debtor(s), Nicole T. Clark, is/are the owner(s) of the premises located at 3009 Sir Charles Drive, McDonald, PA 15057, hereinafter known as the mortgaged premises.

3.　　　　Movant is the holder of a mortgage, original principal amount of $297,383.00 on the mortgaged premises that was executed on October 31, 2019.  The Mortgage has been assigned as follows: FROM: FBC Mortgage, LLC, TO: MIDFIRST BANK, by assignment of mortgage dated December 19, 2022, recorded December 27, 2022, as Instrument Number 202230362.

4.　　　　Movant has instituted or wishes to institute foreclosure proceedings on the mortgage because of Debtor's failure to make the monthly payment required thereunder.

5.　　　　The payoff amount due on the mortgage is $345,474.07 as of April 24, 2026.

6.　　　　Debtor(s) is/are currently delinquent in payments to the Chapter 13 Trustee in the amount of $14,400.00 as of April 22, 2026.

7.　　　　In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred legal fees and legal costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The total amount of pre-petition arrearage is $58,856.46.

9. The fair market value of the premises is $370,000.00 per the Debtor's Schedules.

10. The Senior Lien Holders on the premises are none.

11. The Junior Lien Holders on the premises are U.S. Department of Housing in the amount of $88,244.60, Windsor Woods Master Association 2-1 in the amount of $8,912.22.

12. The foreclosure proceeding filed or to be instituted were stayed by the filing of the instant Chapter 13 Petition.

13. Debtor(s) has/have no equity in the premises.

14. Movant has cause to have the Automatic Stay terminated as to permit Movant to complete foreclosure on its mortgage.

15. This motion and the averments contained therein do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant respectfully requests that this Court enter an Order modifying the Automatic Stay under Section 362 with respect to the mortgaged premises as to permit Petitioner to foreclose on its mortgage and allow Movant or any other purchaser at Sheriff's Sale to take legal action for enforcement of its right to possession of said premises.

Date: May 05, 2026

/s/ Matthew Fissel
Matthew Fissel, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant