**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nicole T. Clark

Debtor(s)

BK. NO. 26-20214 JAD

MIDFIRST BANK, its successors and/or assigns

Movant

CHAPTER 13

v.

Nicole T. Clark

Respondent

and

Ronda J. Winnecour, Trustee

Additional Respondent

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This _____ day of _____, 2026, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 3009 Sir Charles Drive, McDonald, PA 15057.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

_____
United States Bankruptcy Judge

cc:     Matthew Fissel
        mfissel@kmllawgroup.com
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        Attorney for Movant/Applicant