# EXHIBIT C



CARRIE PERRELL
RECORDER OF DEEDS
WASHINGTON, PA
Pennsylvania

INSTRUMENT NUMBER
20223030362
RECORDED ON
Dec 27, 2022
11:20:36 AM
Total Pages: 4

RECORDING FEES     $70 25
TOTAL PAID         $70 25

INV. 843944 USER. RW

**Prepared By·**
Dave LaRose/NTC, 2100 Alt.
19 North, Palm Harbor, FL
34683 (800)346-9152

**When Recorded Return To:**
Midland Mortgage, a
Division of MidFirst Bank
C/O Nationwide Title
Clearing, LLC 2100 Alt 19
North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **FBC MORTGAGE, LLC, WHOSE ADDRESS IS C/O 999 N.W. GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118,** (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (800)654-4566, ITS SUCCESSORS AND ASSIGNS,** (ASSIGNEE).

Said Mortgage dated 10/31/2019 in the amount of $297,383 00 made by **NICOLE TILAR CLARK** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FBC MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS** recorded on 11/04/2019, in the Office of the Recorder of Deeds of <u>WASHINGTON</u> County, <u>Pennsylvania</u>, in **Instrument # 201925552**
    SEE ATTACHED EXHIBIT A
    Tax Code/ PIN
Property commonly known as 3009 SIR CHARLES DRIVE, MCDONALD, PA 15057

Dated on __12__/__19__/20 22 (MM/DD/YYYY)
**FBC MORTGAGE, LLC, by LYNX WHOLE LOAN ACQUISITION LLC, its Attorney-in-Fact, by MIDFIRST BANK, its Attorney-in-Fact**

By: _____

Kostadina Eisele
**VICE PRESIDENT**
All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing

## ASSIGNMENT OF MORTGAGE

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on __12__/__19__/20 22 (MM/DD/YYYY), by Kostadina Eisele as VICE PRESIDENT of MIDFIRST BANK as Attorney-in-Fact for LYNX WHOLE LOAN ACQUISITION LLC as Attorney-in-Fact for FBC MORTGAGE, LLC, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained He/she/they is (are) personally known to me

Karin Chandias
Notary Public - STATE OF FLORIDA
Commission expires 07/28/2023

KARIN CHANDIAS
Notary Public - State of Florida
Commission # GG 359792
My Comm Expires Jul 28, 2023
Bonded through National Notary Assn

Assignment of Mortgage from **FBC MORTGAGE, LLC, WHOSE ADDRESS IS C/O 999 N.W. GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118, (ASSIGNOR),**
to **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (800)654-4566, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor **NICOLE TILAR CLARK**

Said Mortgage dated 10/31/2019 in the amount of $297,383 00 made by **NICOLE TILAR CLARK** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, AS MORTGAGEE, AS NOMINEE FOR FBC MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS,** recorded on 11/04/2019, in the Office of the Recorder of Deeds of WASHINGTON County, Pennsylvania, in Instrument # 201925552

All that certain lot or piece of ground situated in
Mortgage Premises 3009 SIR CHARLES DRIVE
MCDONALD, PA 15057, WASHINGTON COUNTY
(Borough or Township, if stated), Commonwealth of Pennsylvania
Being more particularly described in said Mortgage

I, **Kostadina Eisele,** hereby certify that the below information and address for the assignee are correct
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (800)654-4566, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

By: _____
**Kostadina Eisele     VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing

# Exhibit A

ALL THAT CERTAIN lot or piece of ground situate In the Township of Cecil, County of Washington, and Commonwealth of Pennsylvania, being known as Lot No 559 In the Windsor Woods Planned Residential Development Phase V Subdivision Plan, as recorded In the Recorder's Office of Washington County, Pennsylvania at Instrument No 201721838

BEING designated as Tax Parcel ███████████████ n the Deed Registry Office of Washington County, Pennsylvania

UNDER AND SUBJECT TO Declaration of Covenants, Conditions, Reservations and Restrictions for Windsor Woods, a Planned Community dated December 21, 2001 and recorded at Instrument No 200140167, First Amendment and Restatement dated August 5, 2002 and recorded at Instrument No 200228110, Second Amendment to Declaration dated February 15, 2016 and recorded at Instrument No 201603725, and any and all amendments made thereto

UNDER AND SUBJECT TO Declaration of Master Planned Community for Windsor Woods as recorded December 1, 2016 at Instrument No 201631126, First Amendment recorded at Instrument No 201707197, Second Amendment recorded at Instrument No 201722080, Third Amendment recorded at Instrument No 201725087; Fourth Amendment recorded at Instrument No 201813921, Fifth Amendment recorded at Instrument No 201907994 and any and all amendments made thereto

UNDER AND SUBJECT TO Declaration of Planned Community for The Courtyards at Windsor Woods dated November 23, 2016 and recorded at Instrument No 201631181, First Amendment to the Declaration of Planned Community for the Courtyards at Windsor Woods dated March 20, 2017 and recorded at Instrument No 201707198, Second Amended Declaration of Planned Community for the Courtyards at Windsor dated April 13, 2017 and recorded at Instrument No 201709618, Third Amendment dated August 28, 2017 and recorded at Instrument No 201722081, Fourth Amendment dated June 4, 2018 and recorded at Instrument No 201813917, Fifth Amendment dated April 11, 2019 and recorded at Instrument No 201907995 and any and all amendments made thereto