**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nicole T. Clark | BK. NO. 26-20214 JAD |
|                              Debtor(s) | |
| MIDFIRST BANK, its successors and/or assigns | CHAPTER 13 |
|                         Movant | |
|          v. | MOTION NO. |
| Nicole T. Clark | FILED UNDER LOCAL BANKRUPTCY |
|                       Respondent | RULE 9013.4 SECTION 6(a) |
|        and | |
| Ronda J. Winnecour, Trustee | |
|               Additional Respondent | |

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that I served or caused to be served, on <u>May 05, 2026</u>, a copy of the above Motion with attached proposed Order(s) of Court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Bryan P. Keenan Esq.
993 Greentree Road
Suite 101
Pittsburgh, PA 15220
bryan@attorneykeenan.com

Nicole T. Clark
3009 Sir Charles Drive
McDonald, PA 15057

Method of Service:    Mail <u>first class</u> or ECF; Specify if other:

Date: <u>May 05, 2026</u>

                                         <u>/s/ Matthew Fissel</u>
                                         Matthew Fissel, Esq.
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         Phone: (215) 627-1322 Fax: (215) 627-7734
                                         Attorneys for Movant/Applicant