## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE WESTERN DISTRICT OF
## PENNSYLVANIA

IN RE: Clark, Nicole T.

                        Debtor(s)

MIDFIRST BANK

                        Movant

VS.

Clark, Nicole T.
Ronda J. Winnecour,

                        Respondents

NO. 26-20214 JAD

CHAPTER 13

Related to Docs: 29

Doc. #35

## ORDER

Upon consideration of the Motion filed by MIDFIRST BANK  it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for June 2, 2026 at 10am is hereby continued to August 4, 2026 at 10:00 AM in Courtroom D, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh PA 15219.  Parties may also appear by Zoom.  Registration is required no later than 4 PM on the business day prior to the hearing date.

By the Court,

sjk

Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
6/1/26 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- 1 -

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Nicole T. Clark

     Debtor

Case No. 26-20214-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

**Recip ID          Recipient Name and Address**
db          + Nicole T. Clark, 3009 Sir Charles Drive, Mc Donald, PA 15057-4840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

**Name          Email Address**

Bryan P. Keenan

     on behalf of Debtor Nicole T. Clark keenan662@gmail.com
     melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Jeffrey Hunt

     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck

     on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Lisa M. Burkhart

     on behalf of Creditor Windsor Woods Master Association attylisaburkhart@gmail.com  fjug@bmr-law.com

Matthew Fissel

     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee

     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Jun 01, 2026                       Form ID: pdf900                               Total Noticed: 1

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com


TOTAL: 7