## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 26-20214-JAD** |
| **Nicole T. Clark** | ) | **Chapter  13** |
| **Debtor** | ) | **Doc No.** |
| **Nicole T. Clark** | ) | |
| **Movant** | ) | **Related to Claim No.  6-1** |
| | ) | |
| **vs** | ) | **Response Date: June 15, 2026** |
| **Jefferson Capital Systems LLC** | ) | **Hearing Date: June 23, 2026** |
| **Respondent** | ) | **At 10:00 a.m.** |

### ORDER OF COURT

And now this _____, day of 2026, upon consideration of the within

Motion, it is hereby, **ORDERED, ADJUDGED AND DECREED** that the claim of

**Jefferson Capital Systems LLC** docketed at Claim Number 6-1 on the claims

registry be disallowed in its entirety, and such other relief as is just.


**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall make no

distribution in connection with the claim of **Jefferson Capital Systems LLC** disallowed

docketed at **6-1**on the claims registry.


_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge