**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 26-20214-JAD** |
| **Nicole T. Clark** | ) | **Chapter  13** |
| **Debtor** | ) | **Related to Doc No.   33** |
| **Nicole T. Clark** | ) | |
| **Movant** | ) | **Related to Claim No.  6-1** |
| | ) | |
| **vs** | ) | **Response Date: June 15, 2026** |
| **Jefferson Capital Systems LLC** | ) | **Hearing Date: June 23, 2026** |
| **Respondent** | ) | **At 10:00 a.m.** |

### ORDER OF COURT

And now this _____18th_____, day of  June,  2026, upon consideration of the within Motion, it is hereby, **ORDERED, ADJUDGED AND DECREED** that the claim of **Jefferson Capital Systems LLC** docketed at Claim Number 6-1 on the claims registry be disallowed in its entirety, and such other relief as is just.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall make no distribution in connection with the claim of **Jefferson Capital Systems LLC** disallowed docketed at **6-1** on the claims registry.

_____ sjk
Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
6/18/26 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- 1 -

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Nicole T. Clark

     Debtor

Case No. 26-20214-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Nicole T. Clark, 3009 Sir Charles Drive, Mc Donald, PA 15057-4840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Bryan P. Keenan
    on behalf of Debtor Nicole T. Clark keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com

Lisa M. Burkhart
    on behalf of Creditor Windsor Woods Master Association attylisaburkhart@gmail.com fjug@bmr-law.com

Matthew Fissel
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: Jun 18, 2026                          Form ID: pdf900                          Total Noticed: 1

Ronda J. Winnecour

              cmecf@chapter13trusteewdpa.com


TOTAL: 7