## UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN D ISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 26-20214-JAD** |
| **Nicole T. Clark** | ) | **Chapter  13** |
|    **Debtor** | ) | **Doc No.** |
| **Nicole T. Clark** | ) | |
|    **Movant** | ) | **Related to Claim No.  6-1** |
| | ) | |
| **vs** | ) | |
| **Jefferson Capital Systems LLC** | ) | |
|    **Respondent** | ) | |

## CERTIFICATE OF SERVICE OF ORDER ON DEBTOR'S OBJECTION TO CLAIM OF JEFFERSON CAPITAL SYSTEMS LLC CLAIM  NUMBER 6-1

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **June 22, 2026**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com


**2.) Service by First Class Mail--**
a. **Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302**.
b. **Jefferson Capital Systems LLC** c/o David Burton, CEO **16 McLeland Road, Dept. C St. Cloud, MN 56303**




Date: **June 24, 2026**          **/s/Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 201
Pittsburgh, PA 15220
(412) 922-5116
keenan662@hotmail.com