**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Nicole T. Clark** | ) | **Case No. 26-20214-JAD** |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | Related to Docs. #17, 45 and 51 |
| | X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

❑ a motion to dismiss case or certificate of default requesting dismissal

☒ a plan modification sought by: **the Debtor to provide for MIDFIRST BANK Notice of Post Petition fees and expenses.**

❑ a motion to lift stay
as to creditor ________________________________________

❑ Other: ________________________________________

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒ Chapter 13 Plan dated **February 18, 2026.**
❑ Amended Chapter 13 Plan dated _________

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒ Debtor(s) Plan payments shall be changed from **$4,883.00** to **$5,216.00** per month , effective August 2026; and/or the Plan term shall be

changed from ___ months to ____ months.

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve ____________________________ on or before _________.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_______________________________________ ______________________________________________ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:

**Midfirsts Bank July 28, 2026 Notice of Postposition Mortgage Fees, Expenses and Charges is allowed and they shall receive $1,315.00, CL. # 7-1**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 20th day of August, 2026.

sjk
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:

/s/ Bryan P. Keenan
Bryan P. Keenan
Counsel to Debtor

Stipulated by:

/s/ Dennis Sloan
Dennis Sloan
Counsel to Chapter 13 Trustee

cc: All Parties in Interest to be served by Clerk

FILED
8/20/26 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 26-20214-JAD
Nicole T. Clark Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Aug 20, 2026 Form ID: pdf900 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole T. Clark, 3009 Sir Charles Drive, Mc Donald, PA 15057-4840 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Windsor Woods Master Association, c/o LMBH Legal Services, LLC, 4068 Mt. Royal Boulevard, Suite 225, Allison Park, PA 15101-2951 |
| 16630323 | + | Eastern Alliance Insurance, Attn: Bankruptcy, 3 Corporate Drive, Danbury, CT 06810-4166 |
| 16630327 | + | LMBH Legal Servics, LLC, c/o Lisa M. Burkhart, Esquire, Re: CV-2023-04933, 4068 Mt. Royal Blvd. Ste 225, Allison Park, PA 15101-2951 |
| 16630332 | + | Windsor Woods Master Association, 4000 Sir James Drive, Mc Donald, PA 15057-4834 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 21 2026 01:52:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2026 01:52:05 | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16630319 | + | Email/Text: bankruptcy@acacceptance.com | Aug 21 2026 01:52:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 16667749 | + | Email/Text: andy@sklarlaw.com | Aug 21 2026 01:53:00 | Andrew Sklar, 1020 Laurel Oak Road, Suite 203, Voorhees, NJ 08043-3518 |
| 16630320 | + | Email/Text: bankruptcies@banfield.net | Aug 21 2026 01:53:00 | Banfield Pet Hospital, Attn: Bankruptcy, 18101 SE 6th Way, Vancouver, WA 98683-7509 |
| 16667750 | + | Email/Text: andy@sklarlaw.com | Aug 21 2026 01:53:00 | Broadspire - Victor Insurance, Inc., c/o Andrew Sklar, 1020 Laurel Oak Road Suite 203, Voorhees, NJ 08043-3518 |
| 16630321 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 01:52:20 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16630322 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2026 01:52:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16630324 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 21 2026 01:52:20 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 16630325 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 21 2026 01:52:00 | IC Systems, Inc, Re: Banfield Pet Hospital, 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 16638546 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 01:53:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 16630326 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 01:53:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, Re: Sprint, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 16630328 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2026 01:52:04 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Re: Webbank Fingerhut, Po Box 1269, Greenville, SC 29602-1269 |
| 16636719 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 01:52:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16643388 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 21 2026 01:52:04 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 16630329 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 21 2026 01:52:03 | Midland Mortgage Co, Attn: Customer ServiceBankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 16630330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 01:52:12 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, Re: Capital One Bank Usa N.A., 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16635039 | | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2026 01:52:21 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 16630616 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 21 2026 01:52:20 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 16652474 | | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2026 01:52:05 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16630331 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 21 2026 01:52:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 16630333 | + | Email/Text: documentfiling@lciinc.com | Aug 21 2026 01:52:00 | Xfinity/Comcast, Corporate Headquarters, 1701 JFK Boulevard, Philadelphia, PA 19103-2838 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

**Name** **Email Address**

Bryan P. Keenan
on behalf of Debtor Nicole T. Clark keenan662@gmail.com
melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com

Lisa M. Burkhart
on behalf of Creditor Windsor Woods Master Association attylisaburkhart@gmail.com fjug@bmr-law.com

Matthew Fissel
on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7